ISAIAH ROTER (SBN 82743)
SHAAMINI A. BABU (SBN 230704)
JULIE A. RICHARDSON (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
iroter@sjlawcorp.com
sbabu@sjlawcorp.com
jrichardson@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its BOARD OF TRUSTEES; LES PROTEAU and CHARLES DEL MONTE, TRUSTEES;<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY HAWLEY RHODES, Individually and dba ASHLEY H. RHODES COMPANY; ASHLEY H. RHODES CO., LLC, a California limited liability company; and DOES 1-20;<br><br>Defendant. | Case No.: C 12 5583 EDL<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br>MODIFIED |

This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability amounts owed by Defendants ASHLEY HAWLEY RHODES, individually and dba ASHLEY H. RHODES COMPANY and ASHLEY H. RHODES CO., LLC, a California limited liability company (collectively, "Defendants") to Plaintiffs Bay Area Painters and Tapers Pension Trust Fund and its Board of Trustees: Les Proteau and Charles Del Monte (collectively "Plaintiffs").

1. On October 31, 2012, Plaintiffs filed a Complaint in this matter. Dkt. #1. Service was personally effectuated on Defendants on December 7, 2012. However, Proofs of Service of

1   REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER
Case No.: C 12 5583 EDL

1  Summons have not been filed with the Court because the Proofs have not been received from the process server to date.

2. The deadline for Defendants to file a responsive pleading was on December 28, 2012. Plaintiffs anticipate filing a Request for Entry of Default against the Defendants.

3. The Initial Case Management Conference in this action has been set by the Court for January 29, 2013, with a Case Management Statement due on January 22, 2013, and a meet and confer and ADR certification required by January 8, 2013.

4. The requested extension will modify the ADR Scheduling Order filed on October 31, 2012 (Dkt #3). There are no issues that need to be addressed at the currently scheduled Case Management Conference, since no defendant has appeared.

5. Plaintiffs believe that the requested continuance would promote the interests of judicial economy and fairness, and will help effectuate a just, speedy and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

6. Plaintiffs respectfully request that the Case Management Conference, currently scheduled for January 29, 2013, and all related dates, be continued for 90 days.

Dated: January 3, 2013               SALTZMAN & JOHNSON LAW CORPORATION


                                     By:           /S/
                                         JULIE A. RICHARDSON
                                         Attorneys for Plaintiffs, BAY AREA
                                         PAINTERS & TAPERS PENSION TRUST
                                         FUND, et al.

2   REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER
Case No.: C 12 5583 EDL

P:\CLIENTS\PATWL\CASES\Ashley H. Rhodes Company\Pleadings\CMC\Request to Continue CMC 01-02-13.DOC

---

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that the currently set Case Management Conference is hereby continued to April 30, 2013 at ~~10:00 a.m.~~ 3:00 p.m. All related deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: January 3, 2013

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

3    REQUEST TO CONTINUE CMC AND [PROPOSED] ORDER
Case No.: C 12 5583 EDL

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |

1  **PROOF OF SERVICE**

2  I, the undersigned, declare:

3      I am a citizen of the United States and am employed in the County of San Francisco, State

4  of California. I am over the age of eighteen and not a party to this action. My business address is

5  44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6      On January 3, 2013, I served the following document:

7  **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
8  AND [PROPOSED] ORDER**

9  on the interested parties to this action, addressed as follows, in the manner described below:

10  <u>XX</u>  **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid, as addressed below:

14  Ashley H Rhodes
Ashley H Rhodes Co., LLC
376 Bradford Street
San Francisco, CA 94110

17      I declare under penalty of perjury that the foregoing is true and correct and that this

18  declaration was executed on this 3rd day of January, 2013 at San Francisco, California.

20                                  _____/s/_____
21                                        Barbara Savino